IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


SCHYLER LEE ECHOLS,          )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )         2:15cv265-MHT
                             )             (WO)
AUTAUGA COUNTY, et al.,      )
                             )
     Defendants.             )

                         OPINION

     Pursuant to 42 U.S.C. § 1983, plaintiff, a former

inmate at the Autauga County Jail, filed this lawsuit

challenging the jail staff's failure to protect him

from sexual assault by other inmates, and naming two

inmates as defendants as well, presumably for the

assault.   This lawsuit is now before the court on the

recommendation of the United States Magistrate Judge

that that the § 1983 claims against the inmate

defendants be dismissed as the inmates are not state

actors; that the motion for summary judgment be granted

as to the remaining defendants due to the running of

the statute of limitations; and that no costs be taxed. There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 21st day of September, 2015.

       /s/ Myron H. Thompson
      UNITED STATES DISTRICT JUDGE