IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SCHYLER LEE ECHOLS,         )
                            )
    Plaintiff,              )
                            )      CIVIL ACTION NO.
    v.                      )        2:15cv265-MHT
                            )             (WO)
AUTAUGA COUNTY, et al.,     )
                            )
    Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 23) is adopted.

(2) The claims against defendants Ricky Causey and LeLarry Smith are dismissed without prejudice and said defendants are terminated as parties.

(3) The motion for summary judgment (doc. no. 23) is granted as to the claims against defendants Autauga County, Larry Nixon, and David Lyles (aka David Liles).

    **(4) Judgment is entered in favor of defendants Autauga County, Larry Nixon, and David Lyles and against plaintiff Schyler Lee Echols, with plaintiff Echols taking nothing by his complaint.**

    **(5) No costs are taxed.**

    **The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

    **This case is closed.**

    **DONE, this the 21st day of September, 2015.**

                                     **/s/ Myron H. Thompson**
                                 **UNITED STATES DISTRICT JUDGE**